**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

DESARAE SURRATT,

                Plaintiff,

      v.

ADT LLC of Delaware, d/b/a ADT
SECURITY SERVICES,

                Defendant.

Civil Action No. 0:19-cv-2833

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant ADT LLC of Delaware, d/b/a ADT Security Services ("ADT"), files this Notice of Removal to remove the above-captioned civil action now pending in the Second Judicial District Court of Ramsey County, Minnesota to this Court. In support of this Notice of Removal, ADT states:

1. The removed case is a civil action in which the Complaint and Summons were served on ADT on October 3, 2019. As commenced, this matter is venued in the Second Judicial District Court of Ramsey County, State of Minnesota, and styled *Desarae Surratt v. ADT LLC of Delaware d/b/a ADT Security Services* (hereinafter, the "Action"). Because this matter has not yet been filed in the Second Judicial District Court of Ramsey County, State of Minnesota, there is no state court file number for the Action.

2. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), as it is filed within thirty days of ADT's receipt of the initial pleading purporting to set forth the claims for relief on which this Action is based.

3. Pursuant to 28 U.S.C. § 1446(a), ADT is filing herewith a copy of the state court pleadings, including copies of all process, pleadings, orders and other documents with which it

has been served, attached collectively as Exhibit "A" hereto.

4.     Pursuant to 28 U.S.C. §§ 103, 1441(a) and 1446(a), this Notice of Removal is being filed in the United States District Court for the District of Minnesota, which is the Federal District Court embracing the state court where the Action was filed.

5.     This Notice of Removal is signed by counsel for ADT pursuant to Fed. R. Civ. P. 11.

6.     Pursuant to 28 U.S.C. § 1446(d), ADT is filing a Notice of Filing of Notice of Removal with the clerk of the Ramsey County Second Judicial District Court, attached as Exhibit "B" hereto.  ADT will promptly serve the same upon Plaintiff.

7.     No previous Notice of Removal has been filed in or made to this Court for the relief sought herein.

8.     ADT reserves all defenses including, without limitation, affirmative defenses set forth in Fed. R. Civ. P. 12.

9.     ADT reserves the right to amend or supplement this Notice of Removal.

10.     Should Plaintiff seek to remand this case to state court, ADT respectfully asks that it be permitted to brief and argue the issue of this removal prior to any order remanding this case. In the event the Court decides that remand is proper, ADT asks that the Court retain jurisdiction and allow ADT to file a motion asking this Court to certify any remand order for interlocutory review by the U.S. Court of Appeals for the Eighth Circuit, pursuant to 28 U.S.C. § 1292(b).

<u>Federal Question Jurisdiction</u>

11.     Plaintiff's Complaint expressly asserts a federal statutory claim arising under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and seeks damages that arise under that law.  *See* Exhibit A, Compl. ¶¶ 19-25.

12. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331, because Plaintiff's TCPA claims arise under the laws of the United States. Thus, removal of Plaintiff's TCPA claims is appropriate under 28 U.S.C. § 1441(a).

13. Accordingly, ADT is entitled to remove this Action under 28 U.S.C. § 1441.

Conclusion

WHEREFORE, ADT respectfully requests that the above-described action pending against it be removed to this Court. ADT also requests all other relief, at law or in equity, to which it is justly entitled.

Dated: November 4, 2019                    Respectfully submitted,

                                           /s/ *David J. Koob*
                                           David J. Koob, #0307282
                                           DONNA LAW FIRM, P.C.
                                           7601 France Avenue, Suite 350
                                           Minneapolis, MN 55435
                                           Tel: (952) 562-2460
                                           Fax: (952) 562-2461
                                           dkoob@donnalaw.com

                                           Daniel S. Blynn (*pro hac vice* forthcoming)
                                           VENABLE LLP
                                           600 Massachusetts Avenue, NW
                                           Washington, DC 20001
                                           Tel: (202) 344-4000
                                           Fax: (202) 344-8300
                                           dsblynn@venable.com

                                           *Attorneys for Defendant ADT LLC of Delaware*
                                           *d/b/a ADT Security Services*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November, 2019, I have electronically filed a copy of the foregoing Notice of Removal with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants duly registered to receive service of filings in this case. A copy also has been served via first-class mail on:

> Bennett Hartz
> Walker & Walker Law Offices, PLLC
> 4356 Nicollet Avenue South
> Minneapolis, MN 55409

> /s/ *David J. Koob*
> David J. Koob
>
> *Attorneys for Defendant ADT LLC of*
> *Delaware d/b/a ADT Security Services*