UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DESARAE SURRATT,<br><br>        Plaintiff,<br>v.<br><br>ADT LLC of Delaware, d/b/a ADT SECURITY SERVICES,<br><br>        Defendant. | Case No.:  0:19-cv-02833-PAM-HB |

**DEFENDANT'S MOTION TO STAY**

Defendant ADT LLC of Delaware d/b/a ADT Security Services ("ADT"), by and through its attorneys, hereby moves this Court for an Order staying this litigation until the Federal Communications Commission issues its forthcoming rulings arising out of several Telephone Consumer Protection Act-related Public Notices that it issued *sua sponte* in mid- and late-2018 regarding several issues that likely will be dispositive in this case.

ADT's Motion is made both pursuant to the doctrine of primary jurisdiction and the Court's inherent power to control its docket, and is based on the accompanying Memorandum of Law, all of the files, records, and proceedings herein, such evidence and argument as may be presented to the Court, and all matters of which the Court may take judicial notice.

1

Dated: November 26, 2019 　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ *David J. Koob*
　　　　　　　　　　　　　　　　David J. Koob, #0307282
　　　　　　　　　　　　　　　　DONNA LAW FIRM, P.C.
　　　　　　　　　　　　　　　　7601 France Avenue, Suite 350
　　　　　　　　　　　　　　　　Minneapolis, MN 55435
　　　　　　　　　　　　　　　　Tel: (952) 562-2460
　　　　　　　　　　　　　　　　Fax: (952) 562-2461
　　　　　　　　　　　　　　　　dkoob@donnalaw.com

　　　　　　　　　　　　　　　　Daniel S. Blynn (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　VENABLE LLP
　　　　　　　　　　　　　　　　600 Massachusetts Avenue, NW
　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　Tel: (202) 344-4000
　　　　　　　　　　　　　　　　Fax: (202) 344-8300
　　　　　　　　　　　　　　　　dsblynn@venable.com

　　　　　　　　　　　　　　　　*Attorneys for Defendant ADT LLC of Delaware*
　　　　　　　　　　　　　　　　*d/b/a ADT Security Services*

## CERTIFICATE OF SERVICE

　　　I hereby certify that on this 26th day of November, 2019, I have electronically filed a copy of the foregoing Defendant's Motion to Stay using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants duly registered to receive service of filings in this case.

　　　　　　　　　　　　　　　　/s/ *David J. Koob*
　　　　　　　　　　　　　　　　David J. Koob

　　　　　　　　　　　　　　　　*Attorneys for Defendant ADT LLC of*
　　　　　　　　　　　　　　　　*Delaware d/b/a ADT Security Services*