# BLYNN DECLARATION

# EXHIBIT 1

| Date Received | Type of Filing | Proceeding ID | Name of Filer(s) |
|---|---|---|---|
| 6/13/2018 | COMMENT | 18-152,02-278 | Broadnet Teleservices, LLC |
| 6/13/2018 | COMMENT | 18-152,02-278 | Edison Electric Institute,National Rural Electric Cooperative Association |
| 6/13/2018 | COMMENT | 18-152,02-278 | The Retail Energy Supply Association |
| 6/13/2018 | COMMENT | 18-152,02-278 | NCTA - The Internet & Television Association |
| 6/13/2018 | COMMENT | 18-152,02-278 | Selene Finance LP |
| 6/13/2018 | COMMENT | 18-152,02-278 | Tatango, Inc. |
| 6/13/2018 | COMMENT | 02-278 | DialAmerica Marketing, Inc. |
| 6/13/2018 | COMMENT | 02-278,18-152 | U.S. Chamber Institute for Legal Reform,U.S. Chamber Technology Engagement Center |
| 6/13/2018 | COMMENT | 18-152,02-278 | INCOMPAS |
| 6/13/2018 | COMMENT | 18-152,02-278 | CTIA |
| 6/13/2018 | COMMENT | 18-152,02-278 | National Council of Higher Education Resources (NCHER) |
| 6/13/2018 | COMMENT | 18-152,02-278 | TechFreedom |
| 6/13/2018 | COMMENT | 02-278 | Charles R. Messer |
| 6/13/2018 | COMMENT | 18-152,02-278 | Cisco Systems, Inc. |
| 6/13/2018 | COMMENT | 18-152,02-278 | Research Triangle Institute d/b/a RTI International |
| 6/13/2018 | COMMENT | 18-152,02-278 | International Pharmaceutical & Medical Device Privacy Consortium |
| 6/13/2018 | COMMENT | 18-152,02-278 | ADT Security Systems |
| 6/13/2018 | COMMENT | 18-152,02-278 | Consumer Bankers Association |
| 6/13/2018 | COMMENT | 02-278,18-152 | News Media Alliance |
| 6/13/2018 | COMMENT | 18-152,02-278 | Credit Union National Association |
| 6/13/2018 | COMMENT | 02-278,18-152 | Carolyn L. Carter |
| 6/13/2018 | COMMENT | 18-152,02-278 | Phillip A. Bock |
| 6/13/2018 | COMMENT | 18-152,02-278 | Sirius XM Radio Inc. |
| 6/13/2018 | COMMENT | 02-278 | Anthem, Inc. |
| 6/13/2018 | COMMENT | 18-152,02-278 | National Council of Higher Education Resources (NCHER) |
| 6/13/2018 | COMMENT | 02-278,18-152 | Professional Association for Customer Engagement |
| 6/13/2018 | COMMENT | 18-152,02-278 | PRA Group, Inc. |
| 6/13/2018 | COMMENT | 18-152,02-278 | TCN Inc. |
| 6/13/2018 | COMMENT | 18-152,02-278 | Terry Smith,Craig Lackey,Rushmore Loan Management Services LLC |
| 6/13/2018 | COMMENT | 18-152,02-278 | Syniverse Technologies |
| 6/13/2018 | COMMENT | 02-278,18-152 | Marketing Systems Group |
| 6/13/2018 | COMMENT | 18-152,02-278 | The National Opinion Reseach Center |
| 6/13/2018 | COMMENT | 02-278 | Carolyn L. Carter |
| 6/13/2018 | COMMENT | 18-152,02-278 | Ohio Credit Union League |
| 6/13/2018 | COMMENT | 02-278,18-152 | Bureau of Consumer Financial Protection |
| 6/13/2018 | COMMENT | 18-152,02-278 | The National Opinion Reseach Center |
| 6/13/2018 | COMMENT | 18-152,02-278 | Blackboard Inc. |
| 6/13/2018 | COMMENT | 02-278,18-152 | Professional Services Council |
| 6/13/2018 | COMMENT | 18-152,02-278 | National Association of Federally-Insured Credit Unions |
| 6/13/2018 | COMMENT | 02-278,18-152 | John A. Shaw |