# BLYNN DECLARATION

# EXHIBIT 2

| Date Received | Type of Filing | Proceeding ID | Name of Filer(s) |
|---|---|---|---|
| 6/28/2018 | REPLY TO COMMENTS | 18-152,02-278 | Vincent Lucas |
| 6/28/2018 | REPLY TO COMMENTS | 02-278 | Craig Cunningham |
| 6/28/2018 | REPLY TO COMMENTS | 18-152,02-278 | MG LLC d/b/a TRANZACT |
| 6/28/2018 | REPLY TO COMMENTS | 18-152,02-278 | Sirius XM Radio Inc. |
| 6/28/2018 | REPLY TO COMMENTS | 18-152,02-278 | 33 SMS Industry Participants |
| 6/28/2018 | REPLY TO COMMENTS | 18-152,02-278 | A Place for Mom, Inc. |
| 6/28/2018 | REPLY TO COMMENTS | 18-152,17-59,02-278 | CTIA |
| 6/28/2018 | REPLY TO COMMENTS | 18-152,02-278 | The Student Loan Servicing Alliance,Navient Corp.,Nelnet Servicing, LLC,The Pennsylvania Higher Education Assistance Agency |
| 6/28/2018 | REPLY TO COMMENTS | 18-152,02-278 | John A. Shaw |
| 6/28/2018 | REPLY TO COMMENTS | 18-152,02-278 | Consumers Union |
| 6/28/2018 | REPLY TO COMMENTS | 18-152,02-278 | American Gas Association,American Public Power Association,Edison Electric Institute,National Rural Electric Cooperative Association |
| 6/28/2018 | REPLY TO COMMENTS | 18-152,02-278 | ADT Security Services |
| 6/28/2018 | REPLY TO COMMENTS | 02-278 | Amanda Allen |
| 6/28/2018 | REPLY TO COMMENTS | 02-278,18-152 | Vibes Media, LLC |
| 6/28/2018 | REPLY TO COMMENTS | 18-152,02-278 | Credit Union National Association |
| 6/28/2018 | REPLY TO COMMENTS | 02-278,18-152 | U.S. Chamber Institute for Legal Reform,U.S. Chamber Technology Engagement Center |
| 6/28/2018 | REPLY TO COMMENTS | 02-278,18-152 | National Council of Higher Education Loan Programs (NCHER) |
| 6/28/2018 | REPLY TO COMMENTS | 18-152,02-278 | Alarm Industry Communications Committee |
| 6/28/2018 | REPLY TO COMMENTS | 02-278,18-152 | Margot Saunders |
| 6/28/2018 | REPLY TO COMMENTS | 02-278 | Brett Freeman |
| 6/28/2018 | REPLY TO COMMENTS | 18-152,02-278 | Broadnet Teleservices LLC |
| 6/28/2018 | REPLY TO COMMENTS | 02-278,18-152 | Mortgage Bankers Association |
| 6/28/2018 | REPLY TO COMMENTS | 18-152,02-278 | National Association of State Utility Consumer Advocates |
| 6/27/2018 | REPLY TO COMMENTS | 18-152,02-278 | TechFreedom |
| 6/27/2018 | REPLY TO COMMENTS | 02-278 | Mark C. Hoffman |
| 6/27/2018 | REPLY TO COMMENTS | 18-152,02-278 | Noble Systems Corporation |
| 6/27/2018 | REPLY TO COMMENTS | 02-278,18-152 | College Foundation, Inc. ("CFI") |
| 6/27/2018 | REPLY TO COMMENTS | 02-278 | Bryan Anthony Reo |
| 6/27/2018 | REPLY TO COMMENTS | 02-278 | Stewart N. Abramson |
| 6/26/2018 | REPLY TO COMMENTS | 02-278 | Michael Worsham |
| 6/26/2018 | REPLY TO COMMENTS | 02-278,18-152 | Charles R. Messer |