# BLYNN DECLARATION

# EXHIBIT 3

| Date Received | Type of Filing | Proceeding ID | Name of Filer(s) |
|---|---|---|---|
| 10/25/2018 | REPLY TO COMMENTS | 18-152,02-278 | John A. Shaw |
| 10/25/2018 | REPLY TO COMMENTS | 18-152,02-278 | A Place for Mom, Inc. |
| 10/25/2018 | REPLY TO COMMENTS | 18-152,02-278 | Crunch San Diego, LLC |
| 10/25/2018 | REPLY TO COMMENTS | 18-152,02-278 | Robert Bigerstaff |
| 10/25/2018 | REPLY TO COMMENTS | 18-152,02-278 | Retail Industry Leaders Association |
| 10/25/2018 | COMMENT | 18-152,02-278 | J.D. Power |
| 10/25/2018 | COMMENT | 18-152,02-278 | American Bankers Association |
| 10/25/2018 | REPLY TO COMMENTS | 18-152 | Chad R. Fuller |
| 10/24/2018 | REPLY TO COMMENTS | 18-152,02-278 | ADT Security Services |
| 10/24/2018 | REPLY TO COMMENTS | 18-152,02-278 | Credit Union National Association |
| 10/24/2018 | REPLY TO COMMENTS | 18-152,02-278 | Alarm Industry Communications Committee |
| 10/24/2018 | REPLY TO COMMENTS | 18-152,02-278 | The Student Loan Servicing Alliance,Navient Corp.,Nelnet Servicing, LLC,The Pennsylvania Higher Education Assistance Authority |
| 10/24/2018 | REPLY TO COMMENTS | 18-152,02-278 | INCOMPAS |
| 10/24/2018 | REPLY TO COMMENTS | 18-152,02-278 | Mortgage Bankers Association |
| 10/24/2018 | COMMENT | 02-278 | Heather Jones |
| 10/24/2018 | REPLY | 02-278,18-152 | Joe Shields |
| 10/24/2018 | REPLY TO COMMENTS | 18-152,02-278 | The LeadsCouncil |
| 10/24/2018 | REPLY TO COMMENTS | 18-152 | William Howard |
| 10/24/2018 | REPLY TO COMMENTS | 18-152,02-278 | Edison Electric Institute |
| 10/24/2018 | REPLY TO COMMENTS | 18-152,02-278 | Independent Community Bankers of America,Michael Emancipator |
| 10/24/2018 | REPLY TO COMMENTS | 02-278,18-152 | National Council of Higher Education Resources (NCHER) |
| 10/24/2018 | COMMENT | 18-152,02-278 | Amanda Allen |
| 10/24/2018 | REPLY TO COMMENTS | 18-152,02-278 | Quicken Loans |
| 10/24/2018 | COMMENT | 18-152,02-278 | National Association of Federally-Insured Credit Unions |
| 10/24/2018 | REPLY TO COMMENTS | 18-152,02-278 | Voice on the Net Coalition |
| 10/24/2018 | REPLY TO COMMENTS | 18-152,02-278 | Noble Systems Corporation |
| 10/24/2018 | COMMENT | 02-278 | Eric Taylor |
| 10/23/2018 | COMMENT | 18-152 | Belco Community Credit Union |
| 10/22/2018 | COMMENT | 18-152,02-278 | Clearview Federal Credit Union |
| 10/22/2018 | COMMENT | 02-278 | Helen Theaumont |
| 10/22/2018 | COMMENT | 18-152 | Helen Theaumont |
| 10/22/2018 | COMMENT | 02-278 | L. Del Pozzo |
| 10/22/2018 | COMMENT | 18-152 | L. Del Pozzo |
| 10/22/2018 | COMMENT | 02-278 | L. Del Pozzo |
| 10/22/2018 | COMMENT | 18-152 | L. Del Pozzo |
| 10/22/2018 | COMMENT | 18-152,02-278 | Sun East Federal Credit Union |
| 10/22/2018 | COMMENT | 02-278 | Loretta Bolton |
| 10/22/2018 | COMMENT | 18-152 | Loretta Bolton |
| 10/22/2018 | COMMENT | 02-278 | Luis Castro |
| 10/22/2018 | COMMENT | 18-152 | Luis Castro |
| 10/22/2018 | COMMENT | 02-278 | Mary Dixon |
| 10/22/2018 | COMMENT | 18-152 | Mary Dixon |
| 10/19/2018 | COMMENT | 02-278 | Matt Tucker |
| 10/19/2018 | COMMENT | 18-152 | Stephen Narloch |

| Date | Type | Docket | Name |
|---|---|---|---|
| 10/18/2018 | COMMENT | 02-278 | Laura Rubio |
| 10/18/2018 | COMMENT | 02-278 | Rosemary Jewkes |
| 10/18/2018 | COMMENT | 18-152 | Laura Rubio |
| 10/18/2018 | COMMENT | 18-152 | Rosemary Jewkes |
| 10/18/2018 | COMMENT | 02-278,18-152 | Joe Shields |
| 10/18/2018 | COMMENT | 02-278,18-152 | Jeffrey Hansen |
| 10/18/2018 | COMMENT | 18-152,02-278 | Crunch San Diego, LLC |
| 10/18/2018 | COMMENT | 18-152,02-278 | TCN Inc. |
| 10/18/2018 | COMMENT | 18-152,02-278 | American Financial Services Association,Consumer Mortgage Coalition |
| 10/18/2018 | COMMENT | 02-278,18-152 | Margot Saunders |
| 10/18/2018 | COMMENT | 18-152,02-278 | ADT Security Services |
| 10/18/2018 | COMMENT | 18-152 | Samantha Sakowski |
| 10/18/2018 | COMMENT | 18-152,02-278 | The Student Loan Servicing Alliance,Navient Corp.,Nelnet Servicing, LLC,The Pennsylvania Higher Education Assistance Authority |
| 10/18/2018 | COMMENT | 02-278,18-152 | Jason A. Ibey |
| 10/17/2018 | COMMENT | 18-152 | Aaron Swift |
| 10/17/2018 | COMMENT | 18-152 | Stephen Congdon,Consumer Bankers Association,CBA |
| 10/17/2018 | COMMENT | 18-152,02-278 | CallFire, Inc. |
| 10/17/2018 | COMMENT | 18-152,02-278 | U.S. Chamber Institute for Legal Reform,U.S. Chamber Technology Engagement Center |
| 10/17/2018 | COMMENT | 18-152 | William "Billy" Peerce Howard |
| 10/17/2018 | COMMENT | 18-152,02-278 | Credit Union National Association |
| 10/17/2018 | COMMENT | 18-152,02-278 | Investors Business Daily, Inc. |
| 10/17/2018 | COMMENT | 18-152,02-278 | Sirius XM Radio Inc. |
| 10/17/2018 | COMMENT | 18-152 | The Insurance Coalition |
| 10/17/2018 | COMMENT | 18-152,02-278 | Justin T. Holcombe |
| 10/17/2018 | COMMENT | 18-152,02-278 | Patelco Credit Union |
| 10/17/2018 | COMMENT | 18-152 | International Health Racquet and Sportsclub Association |
| 10/17/2018 | COMMENT | 18-152 | Amanda Allen |
| 10/17/2018 | COMMENT | 18-152,02-278 | A to Z Communications Coalition, Insights Association |
| 10/17/2018 | COMMENT | 18-152,02-278 | NCTA - The Internet & Television Association |
| 10/17/2018 | COMMENT | 18-152 | Shenia Hardy |
| 10/17/2018 | COMMENT | 18-152,02-278 | Third Federal Savings and Loan |
| 10/17/2018 | COMMENT | 18-152 | Sean Barnun |
| 10/17/2018 | COMMENT | 18-152 | R. R. |
| 10/17/2018 | COMMENT | 18-152 | Leah Dempsey |
| 10/17/2018 | COMMENT | 18-152 | N. Sauer |
| 10/17/2018 | COMMENT | 18-152 | Kelly Bennett |
| 10/17/2018 | COMMENT | 18-152,02-278 | Five9, Inc. |
| 10/17/2018 | COMMENT | 18-152 | Matthew S. Hatfield |
| 10/17/2018 | COMMENT | 18-152 | Patrick Henderson |
| 10/17/2018 | COMMENT | 02-278 | Patrick Henderson |
| 10/17/2018 | COMMENT | 18-152 | Richard Piper |
| 10/17/2018 | COMMENT | 18-152 | Todd Orzechowski |
| 10/17/2018 | COMMENT | 02-278,18-152 | Professional Association for Customer Engagement |
| 10/17/2018 | COMMENT | 18-152 | Martin Von Ellen |
| 10/17/2018 | COMMENT | 18-152 | Allstate Insurance Company |

| Date | Type | Docket | Name |
|---|---|---|---|
| 10/17/2018 | COMMENT | 02-278 | Martin Von Ellen |
| 10/17/2018 | COMMENT | 18-152,02-278 | Ohio Credit Union League |
| 10/16/2018 | COMMENT | 18-152 | Encore Capital Group |
| 10/16/2018 | COMMENT | 18-152,02-278 | Noble Systems Corporation |
| 10/16/2018 | COMMENT | 18-152 | Angela Gervais on behalf of Louisiana Credit Union League |
| 10/16/2018 | COMMENT | 02-278,18-152 | Wisconsin Credit Union League |
| 10/15/2018 | COMPLAINT | 02-278 | Derek Meyer |
| 10/15/2018 | COMMENT | 18-152 | Terry Eaton |
| 10/15/2018 | COMMENT | 02-278 | Terry Eaton |
| 10/15/2018 | COMMENT | 18-152 | Tracey Mangus |
| 10/15/2018 | COMMENT | 02-278 | Tracey Mangus |
| 10/10/2018 | COMMENT | 18-152 | DD REDMAN |
| 10/10/2018 | COMMENT | 02-278 | DE SMITH |
| 10/10/2018 | COMMENT | 02-278 | DIA REDMAN |
| 10/10/2018 | COMMENT | 18-152 | DE SMITH |
| 10/10/2018 | COMMENT | 02-278 | DD REDMAN |
| 10/10/2018 | COMMENT | 18-152 | DIA REDMAN |
| 10/10/2018 | COMMENT | 02-278 | LYNN SEWELL |
| 10/9/2018 | COMMENT | 18-152 | LYNN SEWELL |
| 10/9/2018 | COMMENT | 02-278 | James Kenyon |
| 10/9/2018 | COMMENT | 18-152 | James Kenyon |
| 10/9/2018 | COMMENT | 02-278 | William McGurk |
| 10/9/2018 | COMMENT | 18-152 | William McGurk |
| 10/9/2018 | COMMENT | 18-152 | Patricia Kaiser |
| 10/9/2018 | COMMENT | 02-278 | Patricia Kaiser |
| 10/5/2018 | COMMENT | 02-278 | Nancy Prowell |
| 10/5/2018 | COMMENT | 18-152 | Nancy Prowell |
| 10/4/2018 | COMMENT | 18-152 | Julie Hudson |
| 10/4/2018 | COMMENT | 02-278 | Julie Hudson |