**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Desarae Surratt, | Civil No. 19-2833 (PAM/HB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| ADT LLC of Delaware<br>d/b/a ADT Security Services, | |
| Defendant. | |

_____

The court having been advised that the above case has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated:  December 30, 2019

*s/ Paul A. Magnuson*
PAUL A. MAGNUSON
United States District Judge