UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Desarae Surratt, | Civ. No. 19-2833 (PAM/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| ADT LLC of Delaware, d/b/a ADT Security Services, | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation of Dismissal (Docket No. 21).

Accordingly, **IT IS HEREBY ORDERED that** the Complaint is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 11, 2020

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge