# UNITED STATES DISTRICT COURT
## District of Minnesota

Desarae Surratt

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.   Case Number: 19-cv-02833-PAM-HB

ADT LLC of Delaware

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Complaint is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees.

Date: 2/12/2020

KATE M. FOGARTY, CLERK

s/M. Giorgini

(By)   M. Giorgini, Deputy Clerk